UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

United States of America,

       Plaintiff,

vs.                                      ORDER

Steven Mitchell Gant,                 Criv. No. 18-117 (MJD/LIB)

       Defendant.

_____

       Deidre Y. Aanstad, Assistant United States Attorney, Counsel for Plaintiff.

       Kevin W. DeVore, Devore Law Office, P.A., Counsel for Defendant.

_____

       The above-entitled matter comes before the Court on Defendant's objections to the Report and Recommendation of Magistrate Judge Leo I. Brisbois dated September 19, 2018. Defendant objects to the recommendation that the Court deny his motion to dismiss the Indictment and to suppress Defendant's statements made to law enforcement on February 21, 2018. [Doc. Nos. 24 and 25]

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based on that review and the submissions of counsel, the Court adopts the Report and Recommendation and will deny Defendant's motions to dismiss the Indictment and to suppress his February 21, 2018 statements.

**IT IS ORDERED**:

1. Defendant's Motion to Dismiss Indictment [Docket No. 24] is DENIED.

2. Defendant's Motion to Suppress Defendant's Statements [Docket No. 25] is DENIED.

DATED: November 8, 2018      s/ Michael J. Davis
Michael J. Davis
United States District Court